UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAWANA SCRUGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19 CV 948 RWS |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendant, | ) |

**SHOW CAUSE ORDER**

The Rule 16 Conference in this matter was scheduled for 10:30 a.m. this morning in chambers. Counsel for Plaintiff, Jermaine Wooten, was required to attend the conference in person. Moreover, his co-counsel received permission from me to attend the conference by phone based on the assurance that Mr. Wooten would attend in person. After the scheduled start time of the conference Mr. Wooten called my chambers and asked if he could participate by phone. Mr. Wooten's request was denied and he assured my staff that he would arrive to my chambers in ten minutes. After waiting fifteen minutes I held the Rule 16 Conference without Mr. Wooten. Mr. Wooten ultimately appeared in my chambers at 11:40 a.m. but the conference had concluded and I was engaged in other Court proceedings.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff's counsel Jermaine Wooten shall show cause no later than **December 27, 2020**, why he failed to appear at the Rule 16 Conference.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2019.